UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WALTER TUVELL,<br>       Plaintiff,<br><br>v.<br><br>International Business Machines, Inc.<br>       Defendant. | C.A. No. 13-CV-11292-RBC |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the Defendant, International Business Machines, Inc. I certify that I am admitted to practice in this Court.

Respectfully submitted,

INTERNATIONAL BUSINESS
MACHINES, INC.,

By its attorneys,

/s/ Joan Ackerstein
Joan Ackerstein (BBO No. 348220)
ackerstj@jacksonlewis.com
Matthew A. Porter (BBO No. 630625)
porterm@jacksonlewis.com
JACKSON LEWIS LLP
75 Park Plaza, 4th Floor
Boston, MA  02116
(617) 367-0025

May 30, 2013

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 30, 2013.

/s/ Joan Ackerstein
Jackson Lewis LLP

4852-5942-9908, v. 1