UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WALTER TUVELL,            )<br>  Plaintiff      )<br>             )<br>v.             )<br>             )<br>INTERNATIONAL BUSINESS )<br>MACHINES, INC.,      )<br>  Defendant      )<br>             ) | C.A. No. 13-11292 |

## **ASSENTED TO MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**

Defendant International Business Machines, Inc. ("IBM), hereby moves, with the assent of Plaintiff Walter Tuvell, to extend the time for its response to the Complaint up to and including June 24, 2013. As grounds for its Motion, IBM submits that it requires a brief extension of time to respond to the Complaint, given the number of factual allegations and causes of action set forth in the Complaint.

## **Local Rule 7.1(A)(2) Certification**

IBM's counsel submits that, pursuant to Local Rule 7.1, it has conferred with Plaintiff's counsel who has assented to this Motion and the extension of time up to and including June 24, 2013 to respond to the Complaint.

WHEREFORE, IBM respectfully requests that its assented to Motion be allowed, and that the time for its response to the Complaint be extended up to and including June 24, 2013.

    Respectfully submitted,

    INTERNATIONAL BUSINESS
    MACHINES, INC.,

    By its attorneys,

    /s/ Joan Ackerstein
    Joan Ackerstein, BBO # 348220
    ackerstj@jacksonlewis.com
    Matthew A. Porter, BBO #630625
    porterm@jacksonlewis.com
    JACKSON LEWIS LLP
    75 Park Plaza, 4th Floor
    Boston, MA  02116

Dated:  June 3, 2013    T: (617) 367-0025; F: (617) 367-2155

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 3, 2013.

    /s/ Matthew A. Porter
    Jackson Lewis LLP